### THE CITY OF GALVESTON v. PATRICK MURPHY.

(No. ——, Tex. L. J., vol. 2, p. 570.)

APPEAL from Galveston County. Opinion by WINKLER, J.

§ 732. *Policeman's salary; reduction of after commencement of employment.* Where a policeman employed by the year at $100 per month was duly notified of the passage of a resolution by the council reducing the pay of such employees to $75 per month, and afterwards con-

tinued in the service, drawing and receipting for the latter sum each month until the end of his term, and entered no protest against the amount, nor claimed any greater pay, *held* that, by his acts and by his silence, he acquiesced in the acts of the city council reducing his pay to $75 per month, and could not go behind such acquiescence and recover a larger sum for his services. [Dillon on Municipal Corp. §§ 169, 170; 2 Pars. on Cont. 792 et seq. note 5, p. 795; Welland Canal Co. v. Hathaway, 8 Wend. 481.]

March 14, 1879.            Reversed and rendered.